O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DERRICK HARVEY,<br><br>        Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No.  EDCV 14-1918-CAS(AJW)<br><br>MEMORANDUM AND ORDER<br>DISMISSING PETITION |

    In 1997, petitioner was convicted of two counts of attempted murder. He previously filed two habeas corpus petitions challenging his 1997 conviction.  The first was dismissed on the merits.  Case No. EDCV 01-613-NM(SGL).  The second was dismissed as successive.  Case No. EDCV 04-295-CAS(SGL).

    In the present petition for a writ of habeas corpus, filed on September 15, 2014, petitioner alleges that his 1997 conviction is unconstitutional because the State of California lacked jurisdiction to prosecute him.

    A federal court must dismiss a second or successive petition that raises the same grounds as a prior petition. 28 U.S.C. § 2244(b)(1). A

federal court must also dismiss a second or successive petition raising a new ground unless the petitioner can show that (1) the claim rests on a new, retroactive, constitutional right or (2) the factual basis of the claim was not previously discoverable through due diligence, and those new facts establish by clear and convincing evidence that but for the constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense. 28 U.S.C. § 2244(b)(2)(A)-(B). It is not the district court, however, that decides whether a successive petition may proceed. Rather, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Absent authorization from the Court of Appeals, this Court lacks jurisdiction over this successive petition. Burton v. Stewart, 549 U.S. 147, 152-153, 157 (2007); Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001), cert. denied, 538 U.S. 984 (2003).

Because petitioner has not obtained leave from the Court of Appeals to file a successive petition, this Court lacks jurisdiction to consider it. Accordingly, the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

**It is so ordered.**

Dated: September 24, 2014

_____
Christina A. Snyder
United States District Judge

2