JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DERRICK HARVEY, | ) |
| Petitioner, | ) Case No. EDCV 14-1918-CAS(AJW) |
| v. | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 24, 2014

_____
Christina A. Snyder
United States District Judge